UNITED STATES DISTRICT COURTWESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jerson Armando Fernandez-Perez,<br>*Petitioner*,<br>v.<br>Murray Agnew, *Sheriff, Limestone County*,<br>*Respondents*. | No. 6:26-CV-49-CRW-DNM |

**ORDER DISMISSING HABEAS PETITION**

On February 9, 2026, Respondents advised the Court that Petitioner Jerson Armando Fernandez-Perez had been released from custody. Dkt. No. 8. Thus, the petition for writ of habeas corpus is now moot.

It is therefore ordered that Petitioner's petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

So ordered on November 16, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE